# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 308 WAL 2015

                Respondent         :

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

         v.                   :

ROBERT MILLER,               :

                Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.